BEFORE THE SECOND DIVISION, JANUARY 7, 1965

**No. 68993.**—F. L. Kraemer & Company *v.* United States, protest 59/33556 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of perlon filaments similar in all material respects to the synthetic filaments the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.